# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| HBRV, LLC and <br> Watford City Lodging, LLC, <br><br>     Plaintiffs, <br><br> vs. <br><br> Tri-State Consulting Engineers Inc. <br> Advanced Wastewater Engineering, P.C., <br> Steve Syrcle, individually, and <br> George Miles, Individually, <br><br>     Defendants. | **ORDER** <br><br><br><br> Case No. 1:17-cv-027 |

On September 14, 2017, the court issued an order: granting in part and denying in part defendants' motions to dismiss and/or motions for summary judgment; dismissing plaintiffs' claims against defendants Tri-State Consulting Engineers, Inc. and Steve Cyrcle with prejudice; and staying the balance of this action pending the outcome of mediation and arbitration. (Doc. No. 26). The court has since heard little to nothing from the remaining parties.

Plaintiffs and the remaining defendants, i.e., Advanced Wastewater Engineering, P.C. and George Miles, shall submit a report to the court by July 29, 2019, advising of the status of what remains of this case and whether the stay should be lifted.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2019.

                                                                         */s/ Clare R. Hochhalter* <br>
                                                                         Clare R. Hochhalter, Magistrate Judge <br>
                                                                          United States District Court